9 So.2d 757

### E. H. HUDSON v. STATE.
### 4 Div. 256.

Supreme Court of Alabama.

June 11, 1942.

Rehearing Denied Oct. 8, 1942.

John C. Walters, of Troy, for petitioner.

Thos. S. Lawson, Atty. Gen., opposed.

FOSTER, Justice.

Petition of E. H. Hudson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Hudson v. State, 30 Ala.App. 509, 9 So.2d 757.

Writ denied.

GARDNER, C. J., and BOULDIN and LIVINGSTON, JJ., concur.